Kenneth N. Frucht, State Bar No. 178881
LAW OFFICES OF KENNETH FRUCHT
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Tel: (415) 392-4844
Fax: (415) 392-7973

Attorneys for Alfonso Helena & Daniel Tziu

FILED
JUN - 8 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO HELENA, DANIEL TZIU, <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, JOSEPH SALAZAR, and DOES 1-25, inclusive, <br><br> Defendants. | CASE NO.: C04-0260 CW <br><br> STIPULATION AND [PROPOSED] ORDER TO COMPLETE DEPOSITIONS AND DISCOVERY AFTER DISCOVERY CUT-OFF |

Trial in the above entitled matter is currently scheduled to commence on September 19, 2005. The fact discovery cut-off set forth in the Court's last scheduling order is June 3, 2005. Despite concerted efforts by the parties, there are a number of depositions that will not have been completed by June 3, 2005. The parties have conferred and agreed, pending the Court's approval, to complete the remaining discovery after the discovery cut-off.

The parties therefore agree to complete fact discovery pursuant to the following:

1) <u>June 6, 2005:</u> Cite visit to Mission Street Police Station; Defendants depositions of third party witnesses Angelo Turcios, Adopho Siliezar and Hector Ferrera;

STIPULATION TO TAKE DEPOSITIONS AFTER
DISCOVERY CUT-OFF

1

1  2) <u>June 8, 2005:</u> Plaintiffs deposition of Captain O'Neil, Station Master Lee, and Officer Angel Lozano;

3) Plaintiffs deposition of SFPD Custodian of Records to be set after identity of relevant custodians determined and non-objectionable documents gathered;

4) Parties waive formal notice and 10-day notice requirements for remaining depositions and will meet and confer regarding future dates.

Dated: June 3, 2005

_____
Kenneth Frucht
Law Offices of Kenneth Frucht
Attorney for Plaintiffs

_____
Jennifer Choi
San Francisco Deputy City Attorney
Attorney for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED

_____
CLAUDIA WILKEN
Judge of the United States District Court

STIPULATION TO TAKE DEPOSITIONS AFTER DISCOVERY CUT-OFF

2