Kenneth N. Frucht, State Bar No. 178881
LAW OFFICES OF KENNETH FRUCHT
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Tel: (415) 392-4844
Fax: (415) 392-7973

Attorneys for Alfonso Helena & Daniel Tziu

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO HELENA, DANIEL TZIU,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, JOSEPH SALAZAR, and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO.: C04-0260 CW<br><br>STIPULATION AND [PROPOSED] ORDER TO COMPLETE EXPERT DEPOSITIONS AND EXPERT DISCOVERY AFTER EXPERT DISCOVERY CUT-OFF *AS MODIFIED* |

The trial in the above entitled matter was vacated on June 17, 2005. There is presently no trial date set. Pursuant to the Court's prior scheduling order, the last date to disclose expert witnesses is June 21, 2005. Because the trial date has been vacated, and because the parties intend to participate in a settlement conference with a magistrate judge, the parties therefore agree and stipulate to postpone the disclosure of expert witnesses until 90 days before the new trial date.

Dated: June 20, 2005

_____/s/_____
Kenneth Frucht
Law Offices of Kenneth Frucht
Attorney for Plaintiffs

Jennifer Choi
San Francisco Deputy City Attorney
Attorney for Defendants

1

STIPULATION TO TAKE DEPOSITIONS AFTER
DISCOVERY CUT-OFF

Kenneth N. Frucht, State Bar No. 178881
LAW OFFICES OF KENNETH FRUCHT
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Tel: (415) 392-4844
Fax: (415) 392-7973

Attorneys for Alfonso Helena & Daniel Tziu

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO HELENA, DANIEL TZIU,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, JOSEPH SALAZAR, and DOES 1-25, inclusive,<br><br>    Defendants. | CASE NO.: C04-0260 CW<br><br><br><br>**STIPULATION AND [PROPOSED] ORDER TO COMPLETE EXPERT DEPOSITIONS AND EXPERT DISCOVERY AFTER EXPERT DISCOVERY CUT-OFF** |

The trial in the above entitled matter was vacated on June 17, 2005. There is presently no trial date set. Pursuant to the Court's prior scheduling order, the last date to disclose expert witnesses is June 21, 2005. Because the trial date has been vacated, and because the parties intend to participate in a settlement conference with a magistrate judge, the parties therefore agree and stipulate to postpone the disclosure of expert witnesses until 90 days before the new trial date.

Dated: June 20, 2005

| | |
|---|---|
| Kenneth Frucht<br>Law Offices of Kenneth Frucht<br>Attorney for Plaintiffs | Jennifer Choi<br>San Francisco Deputy City Attorney<br>Attorney for Defendants |

1

STIPULATION TO TAKE DEPOSITIONS AFTER
DISCOVERY CUT-OFF

1  PURSUANT TO STIPULATION, IT IS SO ORDERED, except that experts
2  will be disclosed 2 weeks after the magistrate
3  judge settlement conference & expert
4  discovery will close 4 weeks after that
5  _____
   CLAUDIA WILKEN
6  Judge of the United States District Court

7  JUN 22 2005

STIPULATION TO TAKE DEPOSITIONS AFTER
DISCOVERY CUT-OFF

2