1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  JENNIFER E. CHOI, State Bar #184058
   JOHN P. AUBREY, State Bar #216657
4  Deputy City Attorney
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3887
   Telephone:    (415) 554-3968
7  Facsimile:    (415) 554-3837
   E-Mail:       jennifer.choi@sfgov.org
8  E-mail:       john.aubrey@sfgov.org

9  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO
10 AND JOSEPH SALAZAR

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13 | ALFONSO HELENA AND DANIEL TZIU | Case No. C04-0260 CW |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER VACATING 8/12/05 HEARING ON DEFENDANT CCSF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND CONTINUING 8/12/05 FURTHER CASE MANAGEMENT CONFERENCE TO 8/26/05 9/9/05 |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, JOSEPH SALAZAR AND DOES 1-25, INCLUSIVE, | |
| Defendants. | Date Action Filed:   January 20, 2004<br>Trial Date:          Not set |

        Counsel for all parties, by stipulation, request that the August 12, 2005 hearing on defendant City and County of San Francisco's Motion for Partial Summary Judgment be vacated and the August 12, 2005 Further Case Management Conference be continued to August 26, 2005, at 1:30 p.m.

        On June 17, 2005, this Court set the hearing date for defendant City and County of San Francisco's Motion for Partial Summary Judgment for August 12, 2005, at 10:00 a.m. This Court also scheduled a further case management conference for that same date.

1  John Aubrey, counsel of record for defendants, intended to appear on August 12, 2005 on behalf of defendants. Jennifer Choi, co-counsel of record for defendants, could not appear due to a pre-paid vacation. On July 18, 2005, Mr. Aubrey commenced a jury trial in *Dominguez, et al., v. CCSF, et al.*, San Francisco Superior Court Case No. 422-963. Mr. Aubrey believed the jury trial would be completed by August 12, 2005. The trial has progressed slower than anticipated, however, and will not be completed until the end of August. Consequently, Mr. Aubrey is now no longer available to attend the August 12, 2005 hearing and CMC.

Moreover, in response to defendant CCSF's Motion for Partial Summary Judgment as to the cause of action under *Monell v. Dept. of Social Serv. of New York*, 436 U.S. 658, 690 (1978), counsel for plaintiff has filed a Statement of Non-Opposition and requested that this cause of action be dismissed. In light of plaintiff's non-opposition, a hearing on the motion is now unnecessary.

Counsel for all parties, now stipulate to the following:

1. The parties agree to continue the August 12, 2005 Further Case Management Conference and request that this Court re-set the Further Case Management Conference to August 26, 2005, at 1:30 p.m.

2. The parties agree to waive oral argument on defendant CCSF's Motion for Summary Judgment and request that this Court vacate the August 12, 2005 hearing on the Motion.

_____       _____
Kenneth Frucht                                       Jennifer E. Choi
Attorney for Plaintiffs                            Attorney for defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED., EXCEPT THE FURTHER CMC IS CONTINUED TO 9/9/05 @ 1:30 P.M.

Date: 8/9/05

/s/ CLAUDIA WILKEN
_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

1 | John Aubrey, counsel of record for defendants, intended to appear on August 12, 2005 on
2 | behalf of defendants. Jennifer Choi, co-counsel of record for defendants, could not appear due to a
3 | pre-paid vacation. On July 18, 2005, Mr. Aubrey commenced a jury trial in *Dominguez, et al., v.*
4 | *CCSF, et al.*, San Francisco Superior Court Case No. 422-963. Mr. Aubrey believed the jury trial
5 | would be completed by August 12, 2005. The trial has progressed slower than anticipated, however,
6 | and will not be completed until the end of August. Consequently, Mr. Aubrey is now no longer
7 | available to attend the August 12, 2005 hearing and CMC.

8 | Moreover, in response to defendant CCSF's Motion for Partial Summary Judgment as to the
9 | cause of action under *Monell v. Dept. of Social Serv. of New York*, 436 U.S. 658, 690 (1978), counsel
10 | for plaintiff has filed a Statement of Non-Opposition and requested that this cause of action be
11 | dismissed. In light of plaintiff's non-opposition, a hearing on the motion is now unnecessary.

12 | Counsel for all parties, now stipulate to the following:

13 | 1. The parties agree to continue the August 12, 2005 Further Case Management Conference
14 | and request that this Court re-set the Further Case Management Conference to August 26, 2005, at
15 | 1:30 p.m.

16 | 2. The parties agree to waive oral argument on defendant CCSF's Motion for Summary
17 | Judgment and request that this Court vacate the August 12, 2005 hearing on the Motion.

_____  _____
Kenneth Frucht                               Jennifer E. Choi
Attorney for Plaintiffs                     Attorney for defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

Stipulation                                              2
Helena, et al., v. CCSF, et al., USDC No. C04-0260 CW

n:\lit\li2005\041376\00324466.doc

TOTAL P.03