Chamber's Copy

DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
JENNIFER E. CHOI, State Bar #184058
JOHN P. AUBREY, State Bar #216657
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3887
Telephone:     (415) 554-3968
Facsimile:     (415) 554-3837
E-Mail:        jennifer.choi@sfgov.org
E-mail:        john.aubrey@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND JOSEPH SALAZAR

FILED
AUG 15 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO HELENA AND DANIEL TZIU<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, JOSEPH SALAZAR AND DOES 1-25, INCLUSIVE,<br><br>Defendants. | Case No. C04-0260 CW<br><br>ORDER DENYING STIPULATION ~~AND [PROPOSED] ORDER~~ VACATING SETTLEMENT CONFERENCE<br><br>Date Action Filed:   January 20, 2004<br>Trial Date:          September 19, 2005 |

    On June 17, 2005, this Court ordered that this matter be referred for a settlement conference before Magistrate Wayne D. Brazil. A settlement conference is presently set for August 25, 2005.[1] Pursuant to Magistrate Brazil's standing order, counsel for the parties met and conferred regarding settlement offers and demands. During this discussion, it was determined that any further settlement conferences would prove fruitless given the parties' opposing positions.

    The parties, therefore, stipulate to the following:

---

[1] Magistrate Brazil had originally set the settlement conference for August 11, 2005. Due to defense counsel's unanticipated unavailability due to a prolonged jury trial, however, Magistrate Brazil re-set the conference for August 25, 2005.

1. The parties have met and conferred in good faith regarding settlement of this case.

2. After good faith discussions, the parties have realized that this matter cannot be resolved prior to trial.

3. The parties request that this Court vacate the August 25, 2005 settlement conference before Magistrate Brazil.

_____          _____
Kenneth Frucht                            Jennifer E. Choi
Attorney for Plaintiffs                   Attorney for defendants

~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~

Requested order is denied. Parties shall participate in good faith with persons in authority present.

Date: _____

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

AUG 15 2005

---