Kenneth N. Frucht, State Bar No. 178881
LAW OFFICES OF KENNETH FRUCHT
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Tel: (415) 392-4844
Fax: (415) 392-7973

Attorneys for Alfonso Helena & Daniel Tziu

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO HELENA, DANIEL TZIU, <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, JOSEPH SALAZAR, and DOES 1-25, inclusive, <br><br> Defendants. | CASE NO.: C04-0260 CW <br><br> STIPULATION AND ~~PROPOSED~~ ORDER CHANGING TIME TO SUBMIT ATTORNEY'S FEE MOTION |

Judgment in the above case was entered on January 6, 2006. Federal Rule of Civil Procedure Rule 54(2)(B) requires that, unless ordered by the Court, an attorneys fees motion must be filed no later than 14 days after the entry of judgment. Based on communications between Plaintiffs counsel Kenneth Frucht and Defendants' counsel Peter Keith, which related to the subject matter of Mr. Frucht's declaration, the parties hereby agree and stipulate to extending the time

1

**STIPULATION TO EXTEND TIME TO FILE ATTORNEY'S FEE MOTION**

within which an attorneys' fee motion may be brought to no later than 30 days after the January 6, 2006 entry of judgment.

Dated:  January 11, 2006

_____/s/_____  _____/s/_____
Kenneth Frucht                                      Peter Keith
Law Offices of Kenneth Frucht          San Francisco Deputy City Attorney
Attorney for Plaintiffs                          Attorney for Defendants


PURSUANT TO STIPULATION, IT IS SO ORDERED

_____
CLAUDIA WILKEN
Judge of the United States District Court

GRANTED
Judge Claudia Wilken

2
**STIPULATION TO EXTEND TIME TO FILE ATTORNEY'S FEE MOTION**