Kenneth N. Frucht, State Bar No. 178881
LAW OFFICES OF KENNETH FRUCHT
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Tel:  (415) 392-4844
Fax: (415) 392-7973

Attorneys for Alfonso Helena & Daniel Tziu

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO HELENA, DANIEL TZIU,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, JOSEPH SALAZAR, and DOES 1-25, inclusive,<br><br>  Defendants. | CASE NO.:  C04-0260 CW<br><br>STIPULATION AND ~~PROPOSED~~ ORDER CHANGING TIME TO SUBMIT ATTORNEY'S FEE MOTION |

    Judgment in the above case was entered on January 6, 2006.  Pursuant to stipulation, the Court granted a request to extend the time to bring a motion for attorney's fees to within 30 days of the January 6, 2006 entry of judgment.  The parties counsel have had further discussions regarding the fee motion, and agreed that it could be more efficient to wait until after the hearing on Defendants' motions for a new trial and Plaintiff Daniel Tziu's motion to amend the judgment, before Plaintiffs' motion for attorney's fees is filed, as the Court's ruling on the motions may affect the right of one or both of the Plaintiffs to bring a motion for attorneys fees.  It is also possible that after the ruling on the new trial motions the parties could stipulate to the amount of attorneys fees.

**STIPULATION TO EXTEND TIME TO FILE ATTORNEY'S FEE MOTION**

1  Therefore, the parties hereby agree and stipulate to extending the time within which an attorneys'
2  fee motion may be brought to no later than 14 days after notice of the Court's having ruled on all
3  three post trial motions.
4  Dated: February 1, 2006

_____s_____        _____s_____
Kenneth Frucht                                        Peter Keith
Law Offices of Kenneth Frucht                         San Francisco Deputy City Attorney
Attorney for Plaintiffs                               Attorney for Defendants


PURSUANT TO STIPULATION, IT IS SO ORDERED

_____
CLAUDIA WILKEN
Judge of the United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Claudia Wilken]*

2
**STIPULATION TO EXTEND TIME TO FILE ATTORNEY'S FEE MOTION**